Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 11/17/2014



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)  CHAPTER: 13
JAYME TROTTER )  CASE NO.: 14-03851
SSN: XXX-XX-9772 )  JUDGE: MASHBURN
156 ARCHWOOD PLACE )
MADISON, TN 37115 )
    Debtor )

## ORDER GRANTING DEBTOR'S MOTION TO MODIFY

THIS MATTER IS BEFORE THE COURT upon the Debtor's Motion to Modify, with notice of proposed action having been given to all necessary parties pursuant to Local Rule No. 9013-1. It appearing that no objection had been filed in writing within twenty-one (21) days of the filing of the proposed action, the motion is well taken and shall be GRANTED as follows:

1. Plan payments shall be reduced from $211.35 bi-weekly to $195.30 bi-weekly.

2. The dividend to allowed unsecured creditors shall remain three percent (3%).

3. The plan shall be extended from thirty-six (36) months to sixty (60) months.

4. The base shall be increased from $16,086.00 to $24,686.00 increased by tax refunds.

IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FRONT PAGE

APPROVED FOR ENTRY:

*/s/ Edgar M. Rothschild, III*
EDGAR M. ROTHSCHILD, III
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:14-bk-03851    Doc 38    Filed 11/18/14    Entered 11/18/14 09:32:30    Desc Main Document    Page 2 of 2